> **ORDER:**
> Motion is granted in part.
> Plaintiff may file a Reply.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Roger Duane Martin,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | **CIV. NO. 3:14-00477** |
| ) | **JUDGE NIXON** |
| **Carolyn W. Colvin,** ) | **MAGISTRATE JUDGE KNOWLES** |
| **Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
|     **Defendant.** ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANT'S RESPONSE

Comes now Plaintiff Roger Duane Martin, by and through counsel, and respectfully moves this Court for Plaintiff's Motion for leave to reply to Defendant's Response. Plaintiff has contemporaneously filed a Reply Brief in Support of Motion for Judgment on the Administrative Record.

Wherefore, Plaintiff respectfully requests that this Court enter an Order REVERSING the final decision of the Commissioner and AWARDING Plaintiff the benefits to which he is entitled. Alternatively, Plaintiff requests that this Court REMAND this matter to the Defendant Commissioner for further consideration by a new Administrative Law Judge. Finally, Plaintiff requests that this Court grant him any and all other relief to which he may be entitled.

Respectfully Submitted,